COLUMBIA CHEMICAL WORKS, Appellant, v. ROYAL CHEMICAL WORKS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

CHAUTAUQUA PLANING MILL Co., INC., Plaintiff, v. THE CITY OF NEW YORK and Others, Impleaded with FELIX N. DE LUCA, Appellant, and LAWYERS TITLE AND TRUST COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

FRANKLIN O. KING, Respondent, v. TEXAS COAST DEVELOPMENT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

MAX STEIGMAN, Respondent, v. WAGARAW SILK DYEING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

SELIG POLYSCOPE COMPANY, INC., Appellant, v. MUTUAL FILM CORPORATION, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Dowling, J., dissented.

MARDEN, ORTH & HASTINGS COMPANY, INC., Respondent, v. ELSIE F. BALDWIN, Doing Business under the Name and Style of BALDWIN SUPPLY COMPANY, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

ROSA WULFF, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order affirmed, with costs, unless plaintiff stipulates to reduce verdict to $10,000; in which event the order is reversed, without costs of this appeal, and judgment directed to be entered on the verdict as so reduced, with costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

JAMES H. DOWD, Appellant, v. NATIONAL LIFE INSURANCE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

BANCO DI ROMA, Respondent, v. FRANCIS GILBERT, as Assignee, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J. Scott, Dowling, Page and Davis, JJ.

PHILIP ROSENWASSER, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Dowling, J., dissented.

BENJAMIN F. BURKWITT, Respondent, v. N. Y. RAILWAYS COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

MARIA VICHIARELLI and Another, as Administrators, etc., Appellants, v. THE CITY OF NEW YORK, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.